DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## SAMS v. SARGENT

No. 89 PC.

Case below: 25 N.C. App. 219.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

## STATE v. ALDERMAN

No. 65 PC.

Case below: 25 N.C. App. 14.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975. Appeal dismissed ex mero motu 6 May 1975.

## STATE v. CARLISLE

No. 64 PC.

Case below: 25 N.C. App. 23.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

## STATE v. CASSELL

No. 66 PC.

Case below: 24 N.C. App. 717.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 May 1975.

## STATE v. CHAVIS

No. 69.

Case below: 24 N.C. App. 148.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 May 1975.